

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2014

No. 04-14-00287-CR

Sandra **MORTIMER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9808
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

On April 3, 2014, the trial court filed a certification of defendant's right to appeal stating that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). The clerk's record was filed. On May 22, 2014, we issued an order stating that this appeal will be dismissed unless an amended trial court certification is filed showing that the appellant has the right to appeal is made part of the appellate record by June 23, 2014. *See id.* 25.2(d) (providing an appellate court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record."). We further ordered all appellate deadlines suspended until further order of the court.

On June 20, 2014, appellant's court-appointed counsel filed a motion asking us to extend the suspension of appellate deadlines until a full clerk's record and a reporter's record are filed. However, because all appellate deadlines have been suspended, no reporter's record will be filed in this appeal. And, nothing in the motion explains why the reporter's record is required in this appeal.

The motion is therefore DENIED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2014.



_Keith E. Hottle_
Keith E. Hottle
Clerk of Court